JACOB DAVIDSON et al., Copartners Doing Business as DAVIDSON BROS., Appellants, *v.* THE CITY OF NEW YORK, Respondent.

*Davidson* v. *City of New York,* 175 App. Div. 969, affirmed.
(Submitted April 18, 1917; decided May 8, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1916, which affirmed an order of Special Term granting a motion to vacate an order for the examination of the defendant before trial. The following question was certified: "Do the provisions of sections 872 and 873 of the Code of Civil Procedure apply to a municipal corporation as a party to an action?"

*Gustavus A. Rogers* and *Saul E. Rogers* for appellants.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* and *Charles J. Nehrbas* of counsel), for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.